## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                              )
                                    )
    TAMARA LYNN SPERLE,        )    Case No. 10-17334 SAH
                                    )    Chapter 7
            Debtor.     )

## PAYMENT OF DIVIDENDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

    The trustee reports that all orders of the court have been complied with and that pursuant to the Trustee's Final Report and Proposed Distribution, all dividend checks have been issued and mailed to creditors at their last known addresses.

    The claim distributions listed on the report entitled *Dividends Remitted To The Court* attached as "Exhibit A" have not mailed for the reason that the dividend to be paid to each creditor is under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount of $1.23, which is paid in accordance with Rule 3010 of the Federal Rules of Bankruptcy Procedure.

                   */s/ G. David Bryant,* Trustee
                   G. David Bryant, Trustee
                   PHILLIPS MURRAH, P.C.
                   720 NE 63rd Street
                   Oklahoma City OK 73105
                   (405) 848-4448
                   (405) 842-4539- fax
                   gdbryant@phillipsmurrah.com

Date:  06/09/11                                                                                                    Page:

## DIVIDENDS REMITTED TO THE COURT
Check Number 1007 Dated 06/09/11
Case Number 10-17334 - SPERLE, TAMARA LYNN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Oklahoma Tax Commission | 000003A | 11.30 | 1.23 |
| Legal Division | | | |
| 120 N. Robinson, Suite 2000 | | | |
| Oklahoma City, OK 73102-7801 | | | |
| 2148S | | | |

---------- Remittance Total --------------                                          11.30              1.23

*[signature]*

G. DAVID BRYANT, TRUSTEE

EXHIBIT

tabbies

A